**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Devin Marie Oakley and Sean Alan Robertson,
Defendants,

Of whom Devin Marie Oakley is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-000422

---

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

---

Unpublished Opinion No. 2018-UP-387
Submitted September 17, 2018 – Filed October 16, 2018

---

**AFFIRMED**

---

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:** Devin Marie Oakley appeals from the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Oakley's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.